# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

C/EJG

RE: **Foy Reynolds**
Docket Number: 2:06CR00172-01
**CONTINUANCE OF STATUS HEARING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 21, 2006, to August 11, 2006, at 10 o'clock in the morning. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** This case was referred for preparation of a pre-plea report, with the focus being the defendant's prior record. Due to the extent of his previous convictions, documents and reports are still being collected from various agencies.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Teresa C. Hoffman
**TERESA C. HOFFMAN**
United States Probation Officer

**FILED**

**JUL 18 2006**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

REVIEWED BY: *[signature]*
**KAREN A. MEUSLING**
Supervising United States Probation Officer

Dated: July 14, 2006
Sacramento, California
TCH/sda

Attachment

1

Rev. 05/2006
CONTINUANCE – TO JUDGE (EJG).MRG

**RE:** **Foy Reynolds**
**Docket Number:   2:06CR00172-01**
**CONTINUANCE OF STATUS HEARING**

cc:  Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

7/13/06
Date

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number:  2:06CR00172-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Foy Reynolds | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | n/a |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Plea Presentence Report shall be disclosed to counsel no later than: | 08/04/2006 |