DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FOY REYNOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0172 (EJG) |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) | |
| FOY REYNOLDS | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on August 11, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to prepare the defendant for a potential disposition and to conduct further investigation.

The parties, through their respective counsel, hereby stipulate and agree that the status hearing scheduled for August 11, 2006, be continued and that a new status hearing be scheduled for August 18, 2006. In addition, the parties stipulate that the time period from August 11, 2006, until August 18, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and conduct investigation.

If there is to be a change of plea on August 18, 2006, the parties will submit to the Court the proposed plea agreement and other relevant documentation in advance of the hearing.

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 10, 2006

1

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| /s/ Jason Hitt | /s/ Lexi Negin |
| JASON HITT | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for FOY REYNOLDS |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FOY REYNOLDS<br><br>        Defendant.<br>_____ | No. CR-06-0172 (EJG)<br><br>Judge: Hon. Edward J. Garcia<br><br>PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

    For the reasons set forth in the stipulation of the parties, filed on August 10, 2006, IT IS HEREBY ORDERED that the status hearing scheduled for August 11, 2006, be continued until August 18, 2006. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 10, 2006 stipulation, the time under the Speedy Trial Act is excluded from August 11, 2006 through August 18, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 10 , 2006                  /s/ Edward J. Garcia
                                                    EDWARD J. GARCIA
                                                    UNITED STATES DISTRICT JUDGE